1  **JAN DAVID KAROWSKY**
   Attorney at Law
2  A Professional Corporation
   California State Bar Number 53854
3  716 19th Street, Suite 100
   Sacramento, CA 95811-1767
4  (916) 447-1134
   (916) 448-0265 (Fax)
5
   Attorney for Defendant
6  Jimmy Au

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: Cr.S-08-543-GEB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER TO CONTINUE** |
|  | ) **STATUS CONFERENCE** |
| Tian Bao Guo, et. al., | ) |
| Defendants | ) DATE: June 5, 2009 |
|  | ) TIME: 9:00 a.m. |
|  | ) JUDGE: Hon. Garland E. Burrell, Jr. |

## **ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny respective counsel for all parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

1  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the

2  stipulation of the parties in its entirety as its order.

3  **IT IS SO ORDERED.**

4  Dated: 6/5/09

Garland E. Burrell, Jr.
Judge
United States District Court

- 2 -