**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Jimmy Au

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-08-543-GEB |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE STATUS CONFERENCES** |
| Tian Bao Guo, et. al., | |
| Defendants | DATE: July 10, 2009
TIME: 9:00 a.m.
JUDGE: Hon. Garland E. Burrell, Jr. |

## ORDER

Based on the stipulations of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant both of the requested continuances in this case would deny respective counsel for all parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuances outweigh the interests of the public and the defendants in a speedy trial.

- 2 -

1     Based on these findings and pursuant to the stipulations of the parties, the Court hereby adopts each of the stipulations of the respective parties in their entirety as its orders.

**IT IS SO ORDERED.**

Dated: 7/7/09

**Garland E. Burrell, Jr.**
United States District Judge