**Kathryn Kohlman Druliner**
Attorney at Law
California State Bar Number 148913
5150 Fair Oaks Blvd., Suite 101-152
Carmichael, CA  95608
(916) 483-5336

Attorney for Defendant
Xiaguo Song

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>    vs.<br><br>Tian Bao Guo, et. al.,<br><br>           Defendants | Case No.: Cr.S-08-543-GEB<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:    July 17, 2009<br>TIME:    9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell, Jr. |

   This matter is now set for status conference on July 17, 2009.  Because the parties anticipate a change of plea and need more time to complete the plea agreement and because the defendant is housed in Butte County and the Chinese interpreter and the attorney's schedule cannot be is coordinated until next week, it is STIPULATED that the matter be continued until July 31, 2009 at 9:00 AM and the parties request the Court so order with time under the speedy trial act excluded for counsel preparation (Local Code T4).

| | |
|---|---|
|    /s/ Michael M. Beckwith | /s/ Kathryn Kohlman Druliner |
| Michael Beckwith | Kathryn Kohlman Druliner |
| Assistant U.S. Attorney | Attorney for Defendant |

- 1 -

**ORDER**

Based on the stipulations of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant both of the requested continuances in this case would deny respective counsel for all parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuances outweigh the interests of the public and the defendants in a speedy trial.

Based on these findings and pursuant to the stipulations of the parties, the Court hereby adopts each of the stipulations of the respective parties in their entirety as its orders.

**IT IS SO ORDERED.**

Dated: 7/16/09

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```